**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JERRY LYNN DAVIS, | ) | |
| Petitioner, | ) | 3:09-cv-0222-ECR-RAM |
| vs. | ) | **ORDER** |
| S. HUMPHREY, *et al.*, | ) | |
| Respondents. | ) | |

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed February 26, 2010, the petition was dismissed. (ECF No. 71). Judgment was entered on March 1, 2010. (ECF No. 72).

On March 3, 2010, petitioner filed a motion to strike respondents' response, which was filed on February 24, 2010. (ECF No. 78; ECF No. 65). Petitioner's motion to strike is denied as moot. This Court has previously entered its order dismissing the petition, and in doing so, considered the response that petitioner wishes to strike. (*See* ECF No. 71; ECF No. 65).

**IT IS THEREFORE ORDERED** that petitioner's motion to strike (ECF No. 78) is **DENIED AS MOOT.**

Dated this 3rd day of February, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE